IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TOMMIE RAY DRUMMOND, | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION NO. 08-0294-CG-C |
| UNITED STATES OF AMERICA, | : CRIMINAL ACTION NO. 07-0017-CG |
| | : |
| Respondent. | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, and after consideration of the evidentiary submissions accompanying the objection, the Court hereby **ADOPTS** the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 25, 2008, as the opinion of this Court.

**DONE and ORDERED** this 9th day of October, 2008.

/s/ Callie V. S. Granade
**CHIEF UNITED STATES DISTRICT JUDGE**