IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TOMMIE RAY DRUMMOND,** | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION NO. 08-0294-CG-C |
| UNITED STATES OF AMERICA, | : CRIMINAL ACTION NO. 07-0017-CG |
| | : |
| Respondent. | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's motion to vacate, set aside or correct sentence, filed pursuant to 28 U.S.C. § 2255, be **DENIED**.

**DONE and ORDERED** this 9th day of October, 2008.

/s/ Callie V. S. Granade
**CHIEF UNITED STATES DISTRICT JUDGE**