## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| TOMMIE RAY DRUMMOND, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Civil No.  08-0294-CG-C |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Criminal No. 07-0017-CG |
| | ) | |
| Respondent. | ) | |

### ORDER

This matter comes before the court on a United States Magistrate Judge's Report and Recommendation to deny the petitioner's request for a certificate of appealability and to deny the petitioner's motion for leave to appeal in forma pauperis.  (Doc. 47).  There are no objections to the Report and Recommendation.  After due and proper consideration of all portions of this file deemed relevant, the Court hereby **ADOPTS** the recommendation of the Magistrate Judge as the opinion of this Court.[1]

**DONE and ORDERED** this 19th day of December, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

---

[1]The court notes that the Magistrate Judge cited 28 U.S.C. § 2253(c)(1)(A), which would apply if the petitioner sought a certificate of appealability from "the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a State court," rather than 28 U.S.C. § 2253(1)(B), which applies in this case because the petitioner seeks a certificate of appealability from "the final order in a proceeding under section 2255." This technical oversight has no bearing on the otherwise sound Report and Recommendation because the petitioner must make "a substantial showing of the denial of a constitutional right" in either case pursuant to 28 U.S.C. § 2253(c)(2).